IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:04-CR-56-2H
No. 4:07-CV-186-H

NATHAN PETWAY,

    Petitioner,

v.                         **ORDER**

UNITED STATES OF AMERICA,

    Respondent.

On November 18, 2010, an order was entered granting the government's motion to dismiss petitioner's motion to vacate his sentence brought pursuant to 28 U.S.C. § 2255. On November 29, 2010, this court entered an order denying a motion for certificate of appealability. Currently before the court is petitioner's motion for a certificate of appealability filed February 16, 2011. Having reviewed petitioner's motion, the court finds no reason to alter its prior order, and the motion for certificate of appealability [DE #162] is DENIED. Additionally, petitioner's motion for an extension of time to file a motion for a certificate of appealability [DE #161]

is DISMISSED AS MOOT.

   This 5th day of April 2011.

                                   _____
                                   Malcolm J. Howard
                                   Senior United States District Judge

At Greenville, NC
#26